WILLIAM B. GINSBERG, Respondent, v. LAWRENCE J. SAMUELS, Appellant.— In view of the decision in Ginsberg v. Samuels (post, p. 780), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

JEANNE H. GOLD, Respondent, v. ABRAHAM SMITH, Appellant.— The decision of this court handed down on June 8, 1934 (ante, p. 643), is hereby amended by eliminating the following: " The Statute of Frauds may be invoked as a defense. (Standard Oil Co. v. Koch, 260 N. Y. 150.) " Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

EDWIN J. HILLER, Respondent and Appellant, v. RUSSO-ASIATIC BANK, Appellant and Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

INCORPORATED VILLAGE OF LYNBROOK, Respondent, v. CARL OTTO and MARTIN OTTO, Appellants.— Motion for leave to appeal to the Court of Appeals granted and the following question certified: Should the defendants' motion to dismiss the complaint have been granted? Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ. [See ante, p. 706.]

In the Matter of the Application of CULVER CONTRACTING CORPORATION for a Prohibition Order against Hon. BURT J. HUMPHREY, a Justice of the Supreme Court of the State of New York.— Motion for reargument denied, with ten dollars costs against Mortimer Schwager. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of BENJAMIN L. KAPLAN, an Attorney and Counselor at Law.— Matter referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

In the Matter of the Application of SILVIO A. LANZA for an Order of Mandamus against GEORGE J. RYAN, as President, SAMUEL STERN, Vice-President, and Others, as Members of the Board of Education of the City of New York; HENRY LEVY, Chairman, EDWARD S. CANNING, Secretary, and Others, as Members of the Board of Examiners of the Board of Education of the City of New York and the Board of Superintendents, WILLIAM J. O'SHEA, Superintendent of Schools, Chairman, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Motion to resettle order so as to include a provision for a stay of proceedings pending final determination granted. Present — Lazansky, P. J., Kapper, Carswell and Davis, JJ.; Hagarty, J., not voting.

In the Matter of the Petition of WILLIAM J. COLKER, Respondent, to Compel CATHRYNE CORNELL, Appellant, to Render and Settle Her Account as Administratrix c. t. a. of EMANUEL GREEN VALVERDE, Deceased.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: " Was the petitioner entitled to an order directing the administratrix to file a supplemental account including the proceeds of the insurance policies? " Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ. [See ante, p. 653.]